Submitted by:

Douglas G. Matsui (#138239)
dmatsui@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a Division
of Wells Fargo Bank, N.A, formerly known as
Wachovia Mortgage, FSB and
World Savings Bank, FSB
Attorneys for Defendant

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY TATE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO BANK, N. A., an entity formed unknown, and NDEX WEST, LLC, a business organization formerly known, and Does 1 to 100,<br><br>　　　　　　Defendants. | Case No. SACV10-1998 JVS (CWx)<br><br>Honorable James V. Selna<br>Courtroom 10 C<br><br>**ORDER REGARDING MOTION BY DEFENDANT WACHOVIA MORTGAGE TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:　September 26, 2011<br>Time:　1:30 PM.<br>Crtrm:　10C |

The motion of Defendant WACHOVIA MORTGAGE, a Division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and World Savings Bank, FSB ("Wachovia" or "defendant"), under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the second amended complaint of plaintiff TIMOTHY TATE ("plaintiff") came on regularly for hearing before the Court.

The Court, having read and considered the motion, the request for judicial notice, all opposition and reply papers, find and orders as follows:

1
2     Defendant Wachovia's Motion to Dismiss is granted.
3     IT IS HEREBY ORDERED:
4     1.    Defendant Wachovia's Motion to Dismiss is granted without leave to
5         amend;
6     2.    The Second Amended Complaint is dismissed with prejudice.
7
8 Dated: September 26, 2011
9                                    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# A.CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

    On August 22, 2011, I served the foregoing document described as:

**PROPOSED ORDER REGARDING MOTION BY DEFENDANT WACHOVIA MORTGAGE TO DISMISS SECOND AMENDED COMPLAINT**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| *Counsel for Plaintiff:* | *Counsel for NDeX West, LLC* |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>THE LAW OFFICES OF JOSEPH R. MANNING, JR.<br>A PROFESSIONAL CORPORATION<br>450 Newport Center Drive, Suite 200<br>Newport Beach, California  92660<br><br>Telephone:  (949) 361-3232<br>Facsimile:  (949) 843-8308<br>E-mail:  manningjr@aol.com | Edward A. Treder, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, California  91765<br><br>Telephone: (626) 915-5714<br>Facsimile: (909) 595-7640 |

**[ X ]   FEDERAL:**  I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on August 22, 2011, at Pasadena, California.

Mark Betti
(Print Name)                                                              (Signature of Declarant)